IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PRE-PAID LEGAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-13-215-SPS |
| CEDRIC MOORE, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Order Confirming Arbitration Award entered this 27th day of March, 2015, the Court enters judgment for the Plaintiff, Pre-Paid Legal Services, Inc., now known as LegalShield ("LegalShield"), and against the Defendant, Cedric Moore.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that Plaintiff have and recover judgment against Defendant, for the total sum of $29,899.66, together with interest thereon in the amount of 6% from the date of demand for payment, April 26, 2013, to date of the arbitration award, August 5, 2014, which amount is $2,290.40, and for the costs of arbitration in the amount of $13,722.44.  The total monetary judgment is therefore $45,912.50. Defendant is also hereby permanently enjoined from proselytizing, recruiting, or soliciting in any manner, directly or indirectly, any LegalShield Associate into another network marketing company or organization through August 5, 2016, and is further permanently enjoined from using LegalShield's trade secrets, or its confidential, proprietary information for any purpose.

**JUDGMENT IS SO ENTERED** this 27th day of March, 2015.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma